Case 1:24-mj-00261-LEW   Document 4   Filed 08/28/24   Page 1 of 6   PageID #: 26
Case 1:24-mj-00261-LEW *SEALED*   Document 2 *SEALED*   Filed 08/14/24   Page 1 of 2
PageID #: 19

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     x Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Maine  ▼

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )       Case No.   1:24-mj-00261-LEW
INFORMATION ASSOCIATED WITH THE CELLULAR )
DEVICE ASSIGNED CALL NUMBER (207) 610-9628 AS )
FURTHER DESCRIBED IN ATTACHMENT A )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Eastern    District of    Texas
*(identify the person or describe the property to be searched and give its location)*:
See Attachement A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before    August 27, 2024    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Lance E. Walker    .
*(United States District Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

Date and time issued:    2:39 pm, Aug 14 2024

*Judge's Signature*

City and state:    Bangor, Maine                    Lance Walker, Chief U.S. District Judge
*Printed name and title*

Case 1:24-mj-00261-LEW   Document 4   Filed 08/28/24   Page 2 of 6   PageID #: 27
Case 1:24-mj-00261-LEW *SEALED*   Document 2 *SEALED*   Filed 08/14/24   Page 2 of 2
PageID #: 20

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: 1:24-mj-00261-LEW | Date and time warrant executed: 08/14/2024  1700 EST | Copy of warrant and inventory left with: Keivandra Lang - AT&T, Legal Compliance Analyst |
| Inventory made in the presence of: Darren Belskis, Chief Ranger |||
| Inventory of the property taken and name(s) of any person(s) seized: The requested records and information associated with the cellular telephone assigned call number (207) 610-9628 were received on 08/24/2024 at 1104 EST. |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/28/2024

*Executing officer's signature*

Zachary Hunt, U.S. Park Ranger
*Printed name and title*

Case 1:24-mj-00261-LEW   Document 4   Filed 08/28/24   Page 3 of 6   PageID #: 28
Case 1:24-mj-00261-LEW *SEALED*   Document 2-1 *SEALED*   Filed 08/14/24   Page 1 of 1
PageID #: 21

## ATTACHMENT A

### Property to Be Searched

This warrant applies to records and information associated with the cellular telephone assigned call number (207) 610-9628, ("the Account"), that are stored at premises controlled by AT&T Corp. ("the Provider"), headquartered at 208 S. Akard Street, Dallas, TX 75202.

Case 1:24-mj-00261-LEW   Document 4   Filed 08/28/24   Page 4 of 6   PageID #: 29
Case 1:24-mj-00261-LEW *SEALED*   Document 2-2 *SEALED*   Filed 08/14/24   Page 1 of 3
PageID #: 22

## ATTACHMENT B

## Particular Things to be Seized

**I. Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for the entire day on October 1, 2023 and May 11, 2024:

a. The following information about the customers or subscribers of the Account:

   i. Names (including subscriber names, user names, and screen names);

   ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

   iii. Local and long distance telephone connection records;

   iv. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

   v. Length of service (including start date) and types of service utilized;

   vi. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

Case 1:24-mj-00261-LEW   Document 4   Filed 08/28/24   Page 5 of 6   PageID #: 30
Case 1:24-mj-00261-LEW *SEALED*   Document 2-2 *SEALED*   Filed 08/14/24   Page 2 of 3
PageID #: 23

   vii. Other subscriber numbers or identities, including the registration Internet Protocol ("IP") address and any other Account metadata;

   viii. Any additional numbers, current or expired, associated with The Account; and

   ix. Means and source of payment for such service (including any credit card or bank account number) and billing records.

 b. All records and other information relating to wire and electronic communications sent or received by the Account, including:

   i. The date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses);

   ii. Voicemail and SMS/MMS content stored on the network;

   iii. All data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from each cellular telephone or device assigned to the Accounts, to include all <u>voice, SMS, MMS, and data activity</u>; and

   iv. All records containing round-trip-distance measurements, and/or time difference on arrival (TDOA) information for each connection made to or from the Accounts for all available technologies (CDMA, EVDO, UMTS, LTE, NR, etc.), to include LocDBoR, RTT, and/or Timing Advance Measurement Data.

## II. Information to be Seized by the Government

All information described above in Section I that constitutes evidence of violations of: (1) 18 USC § 1855 - Timber set afire; (2) 36 CFR § 2.1(a)(1)(ii) - Destroy/injure/deface plants or plant parts; (3) 36 CFR § 2.13(a)(1) - Fire in undesignated area; (4) 36 CFR § 2.13(a)(3) - Fire creating public safety hazard; and (5)

Case 1:24-mj-00261-LEW   Document 4   Filed 08/28/24   Page 6 of 6   PageID #: 31
Case 1:24-mj-00261-LEW *SEALED*   Document 2-2 *SEALED*   Filed 08/14/24   Page 3 of 3
PageID #: 24

36 CFR § 2.34(a)(4) - Disorderly conduct – creating a hazardous condition, involving **Joshua E. HAWKSLEY** for the entire day on October 1, 2023 and May 11, 2024

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.